UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY BETHEA,

                        **Petitioner,**

        *- against –*                             19 CV 5520 (VB) (LMS)

WILLIAM LEE,                                **ORDER**

                        **Respondent.**

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

       The undersigned is in receipt of Petitioner's letters dated May 22, 2020, and May 26, 2020, which are unopposed.  ECF Nos. 44, 45.  Petitioner's request to for an extension of time to submit a reply is **GRANTED**.  Due the delay involved in this Order reaching Petitioner and Petitioner's reply being received by the Court, the Court hereby extends the deadline for Petitioner to submit his reply to Friday, June 19, 2020.  A copy of this Order along with the docket sheet has been mailed by chambers to pro se Petitioner of record.

Dated: June 9, 2020
       White Plains, New York          **SO ORDERED,**

                                                */s/ Lisa Margaret Smith*

                                                Lisa Margaret Smith
                                                United States Magistrate Judge
                                                Southern District of New York

---

[1] Judge Vincent L. Briccetti referred this matter to the undersigned on June 24, 2019.  ECF No.9.