UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RODNEY BETHEA,

                      Petitioner,

    - against –

WILLIAM LEE, Superintendent,

                      Respondent.

19 CV 5520 (VB) (LMS)

**ORDER**

---

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

The undersigned is in receipt of documents from pro se Petitioner dated June 4, 2020, including a "Special Reply Brief" and exhibits. One of the attached exhibits includes personal identifying information that is not suitable for the public docket. For that reason, the Clerk of Court is respectfully directed to restrict access to these documents to the parties, Rodney Bethea and William Lee, and to counsel of record.

Dated: June 15, 2020
       White Plains, New York

SO ORDERED,

/s/ Lisa Margaret Smith
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] The Honorable Judge Vincent L. Briccetti referred this matter to the undersigned on June 24, 2019. ECF No.9.