UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

RODNEY BETHEA, :
Petitioner, :
v. :
:
WILLIAM LEE, :
Respondent. :

---------------------------------------------------------x

**ORDER**

19 CV 5520 (VB)

On October 20, 2026, Magistrate Judge Reznik issued a Report and Recommendation in this case. Objections to the Report and Recommendation were due November 6, 2026. Respondent filed a timely objection limited to the magistrate judge's recommendation that the Court issue a certificate of appealability with respect to petitioner's due process claim. (Doc. #69). The Court has not received any objections from petitioner.

However, on November 9, 2026, the Court received a letter from petitioner, which is dated October 28, 2026, and bears a postmark of October 30, 2026. (Doc. #70). The timing of petitioner's letter suggests that as of October 28, 2026, he had not received the October 20, 2026, Report and Recommendation. Accordingly, to ensure petitioner receives the Report and Recommendation, Chambers will mail another copy, along with a copy of this Order, to petitioner.

Under the circumstances, petitioner's deadline to file objections, if any, is extended to **December 13, 2026.**

Chambers will mail a copy of this Order, as well as a copy of the Report and Recommendation, to petitioner at the address on the docket.

Dated: November 13, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge