USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY BETHEA,
Petitioner,

v.

WILLIAM LEE,
Respondent.

**ORDER**

19 CV 5520 (VB)

On November 23, 2026, the Court received (i) petitioner's objection to the Report and Recommendation, dated November 11, 2026, in which he asks that the objection be accepted as timely filed (Doc. #73), and (ii) petitioner's letter dated November 17, 2026, requesting that his objection be accepted as having been submitted in "good faith." (Doc. #72).

Previously, by order dated November 13, 2026, the Court extended petitioner's deadline to file objections to December 13, 2026. (Doc. #71). Apparently, petitioner had not received a copy of that order at the time he submitted his letter and objection.

Accordingly, petitioner's objection is timely filed.

Chambers will mail a copy of this Order to petitioner at the address on the docket.

Dated: November 25, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge